**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Great Caterers LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4568508** |

4. **Debtor's address**

   **Principal place of business**
   **208 First Avenue**
   **New York, NY 10009**
   Number, Street, City, State & ZIP Code

   **New York**
   County

   **Mailing address, if different from principal place of business**
   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Great Caterers LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | __7225__ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. Check **all** *that apply*: |
| | | ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

Debtor  **Great Caterers LLC**                                        Case number (*if known*)
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Balade Your Way, Inc.**           Relationship **Affiliate**

District **SDNY**           When ____           Case number, if known ____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency ____
         Contact name ____
         Phone ____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Great Caterers LLC**                                                                                          Case number (*if known*)
         Name

| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **Great Caterers LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2023**
MM / DD / YYYY

X **/s/ Roland Semaan**                                **Roland Semaan**
Signature of authorized representative of debtor        Printed name

Title **Manager**

---

**18. Signature of attorney**

X **/s/ Jonathan S. Pasternak**                         Date **August 30, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Jonathan S. Pasternak**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone **212 557 7200**    Email address

Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Great Caterers LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2023**       X **/s/ Roland Semaan**
                                         Signature of individual signing on behalf of debtor

                                         **Roland Semaan**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Great Caterers LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Balboa Capital** 575 Anton Boulevard, 12th Floor Costa Mesa, CA 92626 | | | Disputed | $62,452.78 | $0.00 | $62,452.78 |
| **Bank of America** P.O. Box 53132 Phoenix, AZ 85072-3132 | | | | | | $10,672.81 |
| **Capital One** P.O. Box 85522 Richmond, VA 23285-5522 | | | | | | $22,857.88 |
| **Capital One** P.O. Box 85522 Richmond, VA 23285-5522 | | Spark Business 7553 | | | | $2,745.98 |
| **Chase Bank** PO BOX 52197 Phoenix, AZ 85072 | | 9265 | | | | $3,742.09 |
| **Chase Bank** PO BOX 52197 Phoenix, AZ 85072 | | 4155 | | | | $893.09 |
| **Citi** PO Box 6241 Sioux Falls, SD 57117 | | | | | | $15,107.42 |
| **Funding Circle** 707 17th Street, Suite 2200 Denver, CO 80202 | | | Disputed | $62,824.03 | $0.00 | $62,824.03 |
| **Harlem Enterprenurial Fund** 361 W 125th St. 2nd floor New York, NY 10027 | | | | | | $242,177.40 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **Great Caterers LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Liberty Ashes Inc.** **94-02 150th Street** **Jamaica, NY 11435** | | | | | | $1,063.17 |
| **Macintosh Electric** **595 Nepperhan Avenue** **Yonkers, NY 10703** | | | | | | $1,117.75 |
| **National Funding Inc.** **9530 Towne Centre Drive** **San Diego, CA 92121** | | | Disputed | $83,653.36 | $0.00 | $83,653.36 |
| **New York State Dept. of Taxation & Finan** **Attn: Office of Counsel** **Building 9** **W.A. Harriman State Campus** **Albany, NY 12227-1002** | | Sales Tax Audit | | | | $234,134.00 |
| **North American Meats & More** **P.O. Box 540** **Atlantic Highlands, NJ 07716** | | | | | | $689.78 |
| **NYS Department of Labor** **Insolvency Unit** **Building 12, Room 256** **W.A. Harriman State Campus** **Albany, NY 12240** | | Fine | | | | $3,200.00 |
| **OpenTable, Inc.** **29109 Network Place** **Chicago, IL 60673** | | | | | | $1,195.10 |
| **Queens Prime Meat, Inc.** **23-62 Steinway Street** **Astoria, NY 11105** | | | | | | $5,181.07 |
| **Reliable Fire Protection** **1340 B Campus Parkway, Suite 4** **Neptune, NJ 07753** | | | | | | $716.44 |

Debtor **Great Caterers LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United States S.B.A.**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | | | | **$2,004,947.00** | **$0.00** | **$2,004,947.00** |
| **Winebow**<br>**31 W. 27th st**<br>**New York, NY 10001** | | | | | | **$560.00** |

# United States Bankruptcy Court
## Southern District of New York

In re  **Great Caterers LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Roland Semaan** | | **100%** | **Manager** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 30, 2023**

Signature  **/s/ Roland Semaan**
**Roland Semaan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  **Great Caterers LLC**    Case No.
Debtor(s)    Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 30, 2023**    /s/ Roland Semaan
**Roland Semaan**/**Manager**
Signer/Title

| | | |
|---|---|---|
| AMEX<br>P.O. Box 7871<br>Fort Lauderdale, FL 33329 | 1008 Cicero Investment<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | Queens Restaurant, Inc.<br>23-62 Steinway Street<br>Astoria, NY 11105 |
| Balboa Capital<br>575 Anton Boulevard, 12th Floor<br>Costa Mesa, CA 92626 | Harlem Enterprenurial Fund<br>361 W 125th St. 2nd floor<br>New York, NY 10027 | Reliable Fire Protection<br>1340 B Campus Parkway, Su4<br>Neptune, NJ 07753 |
| Bank of America<br>P.O. Box 53132<br>Phoenix, AZ 85072-3132 | Liberty Ashes Inc.<br>94-02 150th Street<br>Jamaica, NY 11435 | The Beer Castle<br>854 Ralph Avenue<br>Brooklyn, NY 11236 |
| Capital One<br>P.O. Box 85522<br>Richmond, VA 23285-5522 | Macintosh Electric<br>595 Nepperhan Avenue<br>Yonkers, NY 10703 | United States S.B.A.<br>409 3rd St., SW<br>Washington, DC 20416 |
| Chase Bank<br>PO BOX 52197<br>Phoenix, AZ 85072 | National Funding Inc.<br>9530 Towne Centre Drive<br>San Diego, CA 92121 | Vos Selections<br>555 Eighth Avenue<br>Suite 1209<br>New York, NY 10018 |
| Citi<br>PO Box 6241<br>Sioux Falls, SD 57117 | New York State Dept. of Taxation<br>Attn: Office of Counsel<br>Building 9<br>W.A. Harriman State Campus<br>Albany, NY 12227-1002 | Wine & Finan<br>31 W. 27th st<br>New York, NY 10001 |
| Cozzini Bros, Inc.<br>350 Howard Avenue<br>Des Plaines, IL 60018 | North American Meats & More<br>P.O. Box 540<br>Atlantic Highlands, NJ 07716 | |
| Daily Pita<br>166 Ludlow Street<br>Yonkers, NY 10705 | NYS Department of Labor<br>Insolvency Unit<br>Building 12, Room 256<br>W.A. Harriman State Campus<br>Albany, NY 12240 | |
| Fast Linen Service, Inc.<br>945 Nepperham Avenue<br>Yonkers, NY 10703 | OpenTable, Inc.<br>29109 Network Place<br>Chicago, IL 60673 | |
| FC Marketplace, LLC<br>747 Front Street<br>Floor 4`<br>San Francisco, CA 94111 | Opici Family Distributing NY<br>925 Westchester Avenue<br>Suite LL03<br>West Harrison, NY 10604 | |

# United States Bankruptcy Court
## Southern District of New York

In re  **Great Caterers LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Great Caterers LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 30, 2023**
Date

/s/ Jonathan S. Pasternak
**Jonathan S. Pasternak**
Signature of Attorney or Litigant
Counsel for  **Great Caterers LLC**
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200  Fax:212 286 1884**

# United States Bankruptcy Court
## Southern District of New York

In re **Great Caterers LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Roland Semaan**, declare under penalty of perjury that I am the **Manager** of **Great Caterers LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **27th** day of **August**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roland Semaan, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Roland Semaan, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Roland Semaan, Manager** of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date **August 28, 2023**

Signed /s/ Roland Semaan
**Roland Semaan**

Resolution of Board of Directors
of
**Great Caterers LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roland Semaan, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Roland Semaan, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Roland Semaan, Manager** of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **August 28, 2023**                                    Signed  /s/ Roland Semaan

Date  _____                    Signed  _____