**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
(212) 244-9500
sorvinoh@whiteandwilliams.com
*Subchapter V Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Great Caterers LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11383-dsj |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, HEIDI J. SORVINO, having been appointed trustee (the "**Trustee**") of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the Trustee.  The Trustee did not receive compensation pursuant to 11 U.S.C. § 330(a) in the above-captioned case.[1]  I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as Trustee.

Dated: November 21, 2025                          By:     /s/ Heidi J. Sorvino
                                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] Great Caterers LLC is jointly administered with Balade Your Way, *et al.*, Case No. 23-11384 (the "**Main Case**"). In the Main Case, the Subchapter V Trustee's Report of No Distribution disclosed the fees awarded pursuant to 11 U.S.C. § 330(a), which included Great Caterers, LLC "[O]n June 4, 2024, the Court ordered interim compensation of $11,245.00 . . . On September 30, 2024, the Corut ordered final compensation of $9,405.00 . . ." *See* Main Case ECF Doc. No. 102.

50881281v.2